# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Greenbush Brewing Co., et al.

v.

Michigan Liquor Control Commission, et al

Case No. 1:19-cv-00536-PLM-PJG
Hon. Paul L. Maloney

TO: Michigan Liquor Control Commission
ADDRESS: Director, Andrew J. Deloney
Constitution Hall
525 W. Allegan Street
Lansing, MI 48933

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Joseph M. Infante
Miller Canfield
99 Monroe Avenue NW, Suite 1200
Grand Rapids, MI 49503  infante@millercanfield.com

CLERK OF COURT



By: Deputy Clerk    July 09, 2019
                    Date

## PROOF OF SERVICE

This summons for _____Michigan Liquor Control Commission_____ was received by me on _____.
(name of individual and title, if any)                                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                    (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                           (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)                (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

                                              _____
                                                    *Server's signature*

Additional information regarding attempted service, etc.:
                                              _____
                                                *Server's printed name and title*

                                              _____
                                                    *Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Greenbush Brewing Co., et al.

v.

Michigan Liquor Control Commission, et al

Case No. 1:19-cv-00536-PLM-PJG
Hon. Paul L. Maloney

TO: Andrew J. Deloney, Chairman
ADDRESS:
Constitution Hall
525 W. Allegan Street
Lansing, MI 48933

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Joseph M. Infante
Miller Canfield
99 Monroe Avenue NW, Suite 1200
Grand Rapids, MI 49503   infante@millercanfield.com

CLERK OF COURT



By: Deputy Clerk     July 09, 2019
                     Date

## PROOF OF SERVICE

This summons for __Andrew J. Deloney, Chairman__ was received by me on _____.
(name of individual and title, if any)                          (date)

☐ I personally served the summons on the individual at _____
on _____.                                  (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                           (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)        (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____
                                                            _____
                                                            Server's signature

Additional information regarding attempted service, etc.:
                                                            _____
                                                            Server's printed name and title

                                                            _____
                                                            Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Greenbush Brewing Co., et al.

v.

Michigan Liquor Control Commission, et al

Case No. 1:19-cv-00536-PLM-PJG
Hon. Paul L. Maloney

TO: Jon Reeder, Regulation Agent and Investigator
ADDRESS: Michigan Liquor Control Commission
2942 Fuller Avenue NE #2
Grand Rapids, MI 49505

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Joseph M. Infante
Miller Canfield
99 Monroe Avenue NW, Suite 1200
Grand Rapids, MI 49503  infante@millercanfield.com

CLERK OF COURT



By: Deputy Clerk         July 09, 2019
                              Date

## PROOF OF SERVICE

This summons for ___Jon Reeder, Regulation Agent and Investigator___ was received by me on _____.
(name of individual and title, if any)                                                                 (date)

☐ I personally served the summons on the individual at _____
on _____.                                                        (place where served)
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                         (date)

☐ I served the summons on _____, who is designated by law to accept service
                                 (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)              (date)

☐ I returned the summons unexecuted because _____.
☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____                              _____
                                                    Server's signature

Additional information regarding attempted service, etc.:
                                                  _____
                                                   Server's printed name and title

                                                  _____
                                                      Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Greenbush Brewing Co., et al.

v.

Michigan Liquor Control Commission, et al

Case No. 1:19-cv-00536-PLM-PJG
Hon. Paul L. Maloney

TO: Kurt Cox, Grand Rapids District Supervisor
ADDRESS: Michigan Liquor Control Commission
2942 Fuller Avenue NE #2
Grand Rapids, MI 49505

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Joseph M. Infante
Miller Canfield
99 Monroe Avenue NW, Suite 1200
Grand Rapids, MI 49503  infante@millercanfield.com

CLERK OF COURT



By: Deputy Clerk

July 09, 2019
Date

## PROOF OF SERVICE

This summons for ___Kurt Cox, Grand Rapids District Supervisor___ was received by me on _____.
(name of individual and title, if any)                                                                                        (date)

☐ I personally served the summons on the individual at _____
on _____.                                                                                                            (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                          (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                                    (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)                                    (date)

☐ I returned the summons unexecuted because _____.
☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                                                        _____
                                                                            Server's signature

Additional information regarding attempted service, etc.:          _____
                                                                          Server's printed name and title

                                                                    _____
                                                                          Server's address