AO 440 (Rev. 01/09) Summons in a Civil Action (MBVR (Rev. 07/15) Case 1:19-cv-00536-PLM-PJG   ECF No. 4 filed 07/09/19   PageID.146   Page 2 of 4

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Greenbush Brewing Co., et al.

Case No. 1:19-cv-00536-PLM-PJG
Hon. Paul L. Maloney

v.

Michigan Liquor Control Commission, et al

TO: Andrew J. Deloney, Chairman
ADDRESS:
Constitution Hall
525 W. Allegan Street
Lansing, MI 48933

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to    serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this sum mons on y ou (not counting the day  you received it). If y ou  fail  to  respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Joseph M. Infante
Miller Canfield
99 Monroe Avenue NW, Suite 1200
Grand Rapids, MI 49503  infante@millercanfield.com

CLERK OF COURT

_____   July 09, 2019
By: Deputy Clerk                                    Date

---

## PROOF OF SERVICE

This summons for _____ Andrew J. Deloney, Chairman _____ was received by me on _____.
                              (name of individual and title, if any)                                                (date)

☐ I personally served the summons on the individual at _____
                                                                                                    (place where served)
on _____.
              (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                                          (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                                    (date)

☐ I served the summons on ___*ANITA FAWCETT*___, who is designated by law to accept service
                                                    (name of individual)
of process on behalf of ___*ANDREW J. DELONEY*___ on __*7-11-19*__.
                                          (name of organization)                                            (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

Additional information regarding attempted service, etc.:

_____
Server's signature

_____
Server's printed name and title

_____
Server's address