# EXHIBIT 8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

GREENBUSH BREWING CO., a Michigan Corporation, MICHIGAN CIDER ASSOCIATION, a Michigan Nonprofit Corporation, FARMHAUS CIDER CO., a Michigan Corporation and VANDER MILL, LLC, a Michigan Limited Liability Company,

      Plaintiff,

v

MICHIGAN LIQUOR CONTROL COMMISSION, ANDREW J. DELONEY, Chairman, in his official Capacity; KURT COX Grand Rapids District Supervisor, in his official capacity and JON REEDER, Regulation Agent and Investigator, in his official capacity,

      Defendants.

Honorable:

Case No:

**AFFIDAVIT OF JOHN BEHRENS**

MILLER, CANFIELD, PADDOCK AND STONE, PLC
Joseph M. Infante (P68719)
Christopher J. Gartman (P83286)
99 Monroe Avenue NW, Suite 1200
Grand Rapids, MI  49503
(616) 776-6333
infante@millercanfield.com

**AFFIDAVIT OF JOHN BEHRENS**

STATE OF MICHIGAN    )
                               ) SS.
COUNTY OF Kent     )

John Behrens, being first duly sworn, deposes and says as follows:

1. I have firsthand knowledge of the facts contained herein, am competent to testify as to these facts and will do so if called as a witness.

2. I am the founding owner of Farmhaus Cider Co, LLC (hereinafter "Farmhaus").

3. Farmhaus actively sends federally bonded cider to other Michigan Wine Makers and Small Wine Makers.

4. MLCC Enforcement Agents have requested Farmhaus's historic records showing other Michigan Wine Makers and Small Wine Makers that it has sent bonded cider to.

5. This has had a chilling effect on Farmhaus's ability to conduct bonded wine transfers because potential recipients are apprehensive about being on a list and targeted by MLCC.

6. As a result, Farmhaus has lost sales, and thus lost revenue, as some of our customers for bonded cider no longer buy from Farmhaus.

7. Within the past year, MLCC has confiscated Farmhaus property from other Michigan Wine Makers and that property has not been returned to Farmhaus. This property includes valuable kegs which are necessary to Farmhaus' business.

8. MLCC has not alleged that Farmhaus engaged in any wrongful conduct.

Further affiant sayeth not.

_____
John Behrens

Subscribed and sworn to before me this __11__ day of July __, 2019.

_____
Notary Public
County of __kent__, Michigan
My Commission Expires: __3/28/22__
Acting in __kent__ County, Michigan

> JANEL MULLEN
> NOTARY PUBLIC - STATE OF MICHIGAN
> COUNTY OF KENT
> My Commission Expires March 28, 2022
> Acting in the County of __Kent__

33982678.1\156050-00001