UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREENBUSH BREWING CO., a Michigan Corporation, MICHIGAN CIDER ASSOCIATION, a Michigan Nonprofit Corporation, FARMHAUS CIDER CO., a Michigan Corporation and VANDER MILL, LLC, a Michigan Limited Liability Company,

 Plaintiffs,

v.

MICHIGAN LIQUOR CONTROL COMMISSION, ANDREW J. DELONEY, Chairman, in his official capacity; KURT COX, Grand Rapids District Supervisor, in his official capacity and JON REEDER, a Regulation Agent and Investigator, in his official capacity,

 Defendants.

No. 1:19-cv-536

HON. PAUL L. MALONEY

MAG. PHILLIP J. GREEN

| | |
|---|---|
| Joseph M. Infante (P68719)<br>Christopher J. Gartman (P83286)<br>Attorneys for Plaintiffs<br>Miller, Canfield, Paddock and Stone, PLC<br>99 Monroe Avenue NW, Suite 1200<br>Grand Rapids, MI  49503<br>(616) 776-6333<br>infante@millercanfield.com<br>gartman@millercanfield.com | Adam M. Leyton  (P80646)<br>Jason A. Geissler (P69322)<br>Felepe H. Hall (P59533)<br>Assistant Attorneys General<br>MI Dept. of Attorney General<br>Attorneys for Defendants<br>Alcohol & Gambling Enf. Div.<br>525 W. Ottawa Street, 1st Floor<br>Lansing, MI  48933<br>517-241-0210<br>leytona1@michigan.gov<br>geisslerj@michigan.gov<br>hallf2@michigan.gov |

/

**DEFENDANTS MICHIGAN LIQUOR CONTROL COMMISSION, ANDREW DELONEY, KURT COX AND JON REEDER'S MOTION TO DISMISS**

Defendants bring this motion under Federal Rule of Civil Procedure 12(b)(6) and ask this Court to enter an order dismissing Plaintiffs' Complaint based on the grounds set forth in Defendants' accompanying brief.

Defendants sought concurrence in this motion on July 30, 2019. Plaintiffs oppose the filing of this motion.

Respectfully submitted,

Dana Nessel
Attorney General

/s/ Adam M. Leyton
Jason A. Geissler (P69322)
Felepe H. Hall (P59533)
Assistant Attorneys General
Attorneys for Defendants
Alcohol & Gambling Enforcement Div.
525 W. Ottawa St., 1st Floor
Lansing, MI  48933
(517) 241-0210
LeytonA1@michigan.gov
P80646

Dated: August 1, 2019