UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| GREENBUSH BREWING CO., et al., | ) | |
| Plaintiffs, | ) | |
| | ) | No. 1:19-cv-536 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| MICHIGAN LIQUOR CONTROL COMMISSION, et al., | ) ) | |
| Defendants. | ) ) | |

## ORDER

This matter is before the Court on Defendants' motion to stay discovery (ECF No. 25). Defendants seek to avoid responding to Plaintiffs' discovery, which apparently includes interrogatories, document requests, and admissions requests. However, only some of these discovery requests are part of the record (See ECF Nos. 29-9, 29-10). For a full evaluation of Defendants' motion, the Court finds it necessary to review all the discovery requests that Defendants seek to avoid.

Accordingly, Defendants are ordered to file copies of the relevant discovery requests no later than 7 days from the date of this order.

**IT IS SO ORDERED.**

Date:  November 15, 2019                    /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge