UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREENBUSH BREWING CO., et al., )
                Plaintiffs, )
                 ) No. 1:19-cv-536
-v- )
                 ) Honorable Paul L. Maloney
MICHIGAN LIQUOR CONTROL COMMISSION, )
et al., )
                Defendants. )
                 )

## ORDER

This matter is before the Court on Defendants' motion to dismiss (ECF No. 17). In light of the procedural developments that have occurred since the briefing was completed on this motion (*See* ECF Nos. 33 and 34), the Court hereby orders the parties to submit simultaneous supplemental briefing on the issue of exhaustion of administrative remedies, to be filed within 28 days of the date of this order.

**IT IS SO ORDERED.**

Date: February 26, 2020            /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge