UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREENBUSH BREWING CO., a Michigan
Corporation, MICHIGAN CIDER
ASSOCIATION, a Michigan Nonprofit
Corporation, FARMHAUS CIDER CO., a
Michigan Corporation and VANDER MILL, LLC,
a Michigan Limited Liability Company,

       Plaintiffs,

v

MICHIGAN LIQUOR CONTROL
COMMISSION, ANDREW J. DELONEY,
Chairman, in his official Capacity; KURT COX
Grand Rapids District Supervisor, in his official
capacity and JON REEDER, Regulation Agent and
Investigator, in his official capacity,

       Defendants.

Honorable: Paul L. Maloney

Case No:  1:19-cv-536

---

**STIPULATED ORDER EXTENDING DEADLINE
FOR FILING SUPPLEMENTAL BRIEF ON ISSUE OF EXHAUSTION OF
ADMINISTRATIVE REMEDIES**

Plaintiffs Greenbush Brewing Co, Michigan Cider Association, Farmhaus Cider Co and Vander Mill, LLC (collectively "Plaintiffs") and Michigan Liquor Control Commission, Andrew J. Deloney, Kurt Cox and Jon Reeder (collectively "Defendants," and with Plaintiffs, the "Parties"), stipulate to the Court entering an order that extends the deadline for the Parties to simultaneously file their Supplemental Briefs on the issue of exhaustion of administrative remedies. In support, the Parties state as follows:

1.     On February 26, 2020 this Court ordered "the parties to submit supplemental briefing on the issue of exhaustion of administrative remedies, to be filed within 28 days[]" Dkt. 46 PageID.954.

2. The briefs are currently due on March 25, 2020.

3. In light of the COVID-19 emergency having caused disruptions to the administrative functions and unanticipated work absences of counsel to the parties, steps to finalize the briefing have taken longer than expected.

4. The parties have discussed the need for extension by telephone call and confirmed their mutual understanding by email to extend the deadline for filing to April 1, 2020. (**Exhibit 1**).

Accordingly, the Parties stipulate and agree to, and respectfully request that the Court enter, an order to extend the deadline to file supplemental briefs on the issue of exhaustion of administrative remedies in this matter to April 1, 2020.

| | |
|---|---|
| By: /s/ Joseph M. Infante<br>Joseph M. Infante (P68719)<br>Christopher J. Gartman (P83286)<br>99 Monroe Avenue NW, Suite 1200<br>Grand Rapids, MI  49503<br>(616) 776-6333<br>infante@millercanfield.com<br>gartman@millercanfield.com<br><br>Attorneys for Plaintiffs<br><br>Dated: March 24, 2020 | By:  /s/ Adam M. Leyton<br>Adam M. Leyton (P80646)<br>Jason A. Geissler (P69322)<br>Felepe H. Hall (P59533)<br>Assistant Attorneys General MI<br>Dept. of Attorney General<br>Alcohol & Gambling Enf. Div.<br>525 W. Ottawa Street, 1st Floor<br>Lansing, MI 48933<br>(517) 241-0210<br>Leytona1@michigan.gov<br>geisslerj@michigan.gov<br><br>Attorneys for Defendants<br><br>Dated: March 24, 2020 |

IT IS SO ORDERED.

Date:  March 25, 2020

  /s/ Paul L. Maloney
Honorable Paul L. Maloney

35554772.1\156050-00002