UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GREENBUSH BREWING CO., et al.,<br>　　　　　　　　Plaintiffs,<br><br>-v-<br><br>MICHIGAN LIQUOR CONTROL COMMISSION,<br>et al.,<br>　　　　　　　　Defendants. | No. 1:19-cv-536<br><br>Honorable Paul L. Maloney |

### JUDGMENT

In accordance with the order entered on this date (ECF No. 59), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

　　**IT IS SO ORDERED.**

**Date:**　July 6, 2020　　　　　　　　　　　　　　/s/ Paul L. Maloney　
　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge